Opinion filed November 3, 2005












 
 
  
 
 







 
 
  
 
 




Opinion filed November 3, 2005

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                   __________

 

                                                          No. 11-05-00231-CV 

 

                                                    __________

 

                                  EX
PARTE VOLO ALAN NELSON

 

 



 

                                         On
Appeal from the 104th District Court

 

                                                          Taylor
County, Texas

 

                                                 Trial
Court Cause No. 23,408-B

 



 

                                             M
E M O R A N D U M    O P I N I O N

 

Volo Alan Nelson has
filed in this court a motion to dismiss his appeal.  The motion is granted, and the appeal is
dismissed.

 

PER CURIAM

 

November 3, 2005

Not designated for publication. 
See TEX.R.APP.P. 47.2(a).

Panel
consists of: Wright, C.J., and

McCall, J., and Strange, J.